# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 21, 2006*

[Cite as *09/21/2006 Case Announcements,* 2006-Ohio-4877.]

## MOTION AND PROCEDURAL RULINGS

**2006–0445. RX Bedford Investors, LLC v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–R–2564. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2006–0448. Bedford Investors, LLC v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–R–2509. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

**2006–1366. State v. Short.**
Montgomery C.P. No. 2004CR02635. This cause is pending as a death penalty appeal from the Court of Common Pleas for Montgomery County. Upon consideration of appellant's motion for an extension of time to transmit the record,

It is ordered by the court that the motion is granted and the time for transmitting the record is extended to November 17, 2006.

## DISCIPLINARY CASES

**2005–0104. In re Resignation of Swartz.**
It is ordered by this court, sua sponte, that Albert Frederick Swartz, Attorney Registration No. 0016031, last known business address in Warren, Ohio, is found in contempt for failure to comply with this court's order of October 4, 2005, to wit: Failure to file an affidavit of compliance on or before November 3, 2005.

**2005–0283. Disciplinary Counsel v. Stern.**
It is ordered by this court, sua sponte, that Ira Stern, Attorney Registration No. 0028725, last known business address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of September 28, 2005, to wit: Failure to surrender his Certificate of Admission and file an affidavit of compliance on or before October 28, 2005, and failure to pay board costs in the amount of $26.24, on or before December 27, 2005.

**2005–0719. Disciplinary Counsel v. Sandoval.**
It is ordered by this court, sua sponte, that Jesus C. Sandoval, Attorney Registration No. 0038407, last known business address in El Paso, Texas, is found in contempt for failure to comply with this court's order of June 24, 2005, to wit: Failure to file an affidavit of compliance on or before July 25, 2005.

**2005–0835. Trumbull Cty. Bar Assn. v. Costanzo.**
It is ordered by this court, sua sponte, that Maridee Costanzo, Attorney Registration No. 0058688, last known business address in Warren, Ohio, is found in contempt for failure to comply with this court's order of May 26, 2005, to wit: Failure to file an affidavit of compliance on or before June 27, 2005.